**DISMISS; and Opinion Filed January 29, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00558-CV

**STEPHEN B. HOPPER AND LAURA S. WASSMER, Appellants**
**V.**
**JOHN L. MALESOVAS D/B/A MALESOVAS LAW FIRM AND**
**FEE, SMITH, SHARP & VITULLO, LLP, Appellees**

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-11-03238-1**

## MEMORANDUM OPINION

Before Justices Myers, Molberg, and Osborne
Opinion by Justice Osborne

Before the Court is appellants' unopposed motion to dismiss the appeal. Appellants

inform the Court that the parties have resolved their dispute and the appeal is now moot.

Accordingly, we grant appellants' motion and dismiss this appeal. *See* TEX. R. APP. P.

42.1(a)(1).

/Leslie Osborne/
LESLIE OSBORNE
JUSTICE

180558F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

# JUDGMENT

STEPHEN B. HOPPER AND
LAURA S. WASSMER, Appellants

No. 05-18-00558-CV      V.

JOHN L. MALESOVAS D/B/A
MALESOVAS LAW FIRM AND
FEE, SMITH, SHARP & VITULLO, LLP,
Appellees

On Appeal from the Probate Court No. 1,
Dallas County, Texas
Trial Court Cause No. PR-11-03238-1.
Opinion delivered by Justice Osborne.
Justices Myers and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Subject to any agreement between the parties, it is **ORDERED** that appellees JOHN L. MALESOVAS D/B/A MALESOVAS LAW FIRM AND FEE, SMITH, SHARP & VITULLO, LLP recover their costs of this appeal from appellants STEPHEN B. HOPPER AND LAURA S. WASSMER.

Judgment entered this 29th day of January, 2019.